uary 24, 1908.) Action by Sophie Duden against the Lawrence Park Realty Company. No opinion. Judgment affirmed, with costs.

DUDLEY et al., Appellants, v. PURVIS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by Sylvanus G. Dudley and others against Alfred J. Purvis. No opinion. Judgment and order affirmed, with costs.

In re DUELL. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) In the matter of the application of William C. Duell for a peremptory writ of mandamus against Martin H. Glynn, as Comptroller of the state of New York. No opinion. Motion granted, and question certified as follows: "The surrogate of Westchester county having recommended a qualified person for appointment under the provisions of section 234 of the tax law (Laws 1896, p. 877, c. 908), as amended by chapter 368, p. 841, of the Laws of 1905, as transfer tax assistant in his office, may the Comptroller appoint another qualified person, who has not been recommended by the surrogate?"

DUMONT, Respondent, v. MORSE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Charles R. Dumont against Charles A. Morse and another. E. C. Ripley, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DUNN, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Marie T. Dunn, as executrix, against George M. Dunn. J. T. Smith, for appellant. J. Kearney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DUNN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Patrick Dunn against the New York City Railway Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $2,500, in which event the judgment, as modified, is affirmed, with costs.
HOOKER, J., dissents.

DUSENBERRY et al., Appellants, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Henry O. Dusenberry and another against the Boston & Maine Railroad.
PER CURIAM. Judgment affirmed, with costs.
KELLOGG, J., dissents.

In re EAST 178th ST. (Supreme Court, Appellate Division, First Department. February 21, 1908.) In the matter of the opening of East 178th street. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELLIS, Respondent, v. BURT OLNEY CANNING CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Emma J. Ellis against the Burt Olney Canning Company.
PER CURIAM. Judgment and order unanimously affirmed, with costs.
SEWELL, J., not sitting.

ELLIS, Respondent, v. TRADERS' & TRAVELERS' ACCIDENT CO. OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by John W. Ellis against the Traders' & Travelers' Accident Company of New York and others. A. Crook, for appellants. L. H. Porter, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Ambrose K. Ely against the city of New York. T. Connoly, for appellant. M. J. Mulqueen, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

EPSTEIN et al. v. LAZARUS. (Supreme Court, Appellate Division. First Department. February 14, 1908.) Action by Harris Epstein and another against Morris Lazarus. No opinion. Motion denied, on condition that appellant have appeal ready for April term. Order filed.

ERICHS, Appellant, v. KENNEDY, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Josephine Erichs against Sarah Kennedy. No opinion. Judgment of the Municipal Court affirmed, with costs.

ERLER, Respondent, v. PAWLIGER, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Otto Erler against Max Pawliger. A. Rosenthal, for appellant. J. M. Proskauer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EVANS, Respondent, v. BURLEW, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by Arthur W. Evans against Henry L. Burlew. No opinion. Judgment and order affirmed, with costs.

FAIRBANKS, MORSE & CO., Respondent, v. WILLIAM HORNE CO., Appellant, et. al. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Fairbanks, Morse & Co. against the William Horne Company, impleaded. G. Freifeld, for appellant. A. H. Gleason, for respondent. No opinion. Judgment affirmed, with costs. Order filed.